**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roger GAMBREL, Defendant–
Appellant.**

No. 09–16235
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 1, 2011.

R. Brian Tanner, Savannah, GA, James C. Stuchell, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Roger Gambrel, Butner, NC, pro se.

Before BARKETT, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Jacque D. Hawk, retained counsel for Roger Gambrel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Gambrel's *pro se* motion for the appointment of substitute counsel, remand, or access to the record is **DENIED,** and Gambrel's conviction and sentence are **AFFIRMED.**